# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50145
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
October 5, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ismael Robles-Perez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-1119-1

---

Before Willett, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Ismael Robles-Perez appeals his sentence for illegal reentry under 8 U.S.C. § 1326(a) and (b)(1), arguing that § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum based on facts not charged or proved beyond a reasonable doubt. He has filed an unopposed motion for summary disposition, conceding this

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50145

argument is foreclosed by *Almendarez-Torres v. United States*,[1] but explaining that he raises it in order to preserve the argument for further review.

Because Robles-Perez is correct in conceding that his argument is foreclosed,[2] summary disposition is appropriate.[3] Accordingly, his motion is GRANTED, and the judgment of the district court is AFFIRMED.

_____

[1] 523 U.S. 224 (1998).

[2] *United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019) (explaining that because the Supreme Court has preserved *Almendarez*, it still controls the issue).

[3] *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).